UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


DONALD DUREN,

               Plaintiff,

      v.                                   **Judgment in a Civil Case**

THE GEO GROUP and NORTH
CAROLINA PRISON PERMIT
DEPARTMENT,

               Defendants.                  Case Number: 5:14-CT-3266-D


**Decision by Court.**


This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.


This Judgment Filed and Entered on November 24, 2014, with service on:
Donald Duren 23561-016 Rivers Correctional Institution P.O. Box 630 Winton, NC 27986
 (via U.S. Mail)



  November 24, 2014                       /s/ Julie A. Richards

                                         Clerk